**938**

No. 731. RED BALL MOTOR FREIGHT, INC. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Texas. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *United States* v. *Detroit & Cleveland Navigation Co.,* 326 U. S. 236; *Interstate Commerce Commission* v. *Parker,* 326 U. S. 60. *Reagan Sayers* and *R. E. Kidwell* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; and *Carl L. Phinney* for the Herrin Transportation Co., appellees.

No. 707. PALMER *v.* ASHE, WARDEN. It is ordered that Louis B. Schwartz, Esquire, of Philadelphia, Pa., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 331. GALLAGHER ET AL. *v.* MICHIGAN. Petition for writ of certiorari to the Supreme Court of Michigan dismissed per stipulation of counsel. *Paul B. Mayrand* for petitioners. *Stephen J. Roth,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 520, Misc. SNAP-ON DRAWER Co. *v.* DRUFFEL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Frank Zugelter, Gerald B. Tjoflat* and *Donald A. Gardiner* for petitioner. *Harry C. Alberts* for respondent.

No. 328, Misc. DIXON *v.* DUFFY, WARDEN. Supreme Court of California. Certiorari granted. Petitioner *pro*

*se. Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondent.

No. 450, Misc. ROCHIN *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari granted. *Dolly Lee Butler* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Frank Richards* and *Howard S. Goldin,* Deputy Attorneys General, for respondent.

No. 407, Misc. KEENAN *v.* BURKE, WARDEN;
No. 418, Misc. JANKOWSKI *v.* BURKE, WARDEN; and
No. 419, Misc. FOULKE *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari granted. Petitioners *pro se. John H. Maurer* for respondent.

No. 466. WEST TEXAS UTILITIES CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *M. R. Irion, Gerard D. Reilly* and *Frank Cain* for petitioner. *Solicitor General Perlman, James L. Morrisson, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for the National Labor Relations Board; and *Louis Sherman* and *Philip R. Collins* for the International Brotherhood of Electrical Workers, respondents.

No. 511. SICKMAN, EXECUTRIX, ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John F. Donelan* for Sickman et al., petitioners. *Solicitor General Perlman* for the United States.